FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYNOULD THOMAS, | ) | NO. CV 08-8183-VAP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: Sept 2, 2009.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE